**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| COLORADO WEST CONSTRUCTION, INC. et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>MT. HAWLEY INSURANCE COMPANY,<br><br>           Defendant. | Case № 5:23-cv-00307-ODW (SHKx)<br><br>**JUDGMENT** |
| MT. HAWLEY INSURANCE COMPANY<br>           Counterclaimant,<br><br>     v.<br><br>COLORADO WEST CONSTRUCTION, INC. et al.,<br><br>           Counter-Defendants. | |

///
///
///
///
///

1

Pursuant to the Court's Order Granting Defendant/Counterclaimant Mt. Hawley Insurance Company's Motion for Judgment on the Pleadings, it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

1. Defendant shall have **JUDGMENT** in its favor; and
2. Plaintiffs shall recover nothing from Defendant.

All dates and deadlines are **VACATED**.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

November 27, 2023

_____
              **OTIS D. WRIGHT, II**
        **UNITED STATES DISTRICT JUDGE**